Wilson & Scott Company, appellant, v. Medical & Dental Building Corporation, appellee.  Gen. No. 34,818.

Opinion filed June 22, 1931.

Fred B. Houghton, for appellant.  Alden, Latham & Young, for appellee; W. L. Quinlan, of counsel.

Mr. Justice Matchett delivered the opinion of the court.

The Ault & Wiborg Company, appellee, v. American Bread Wrapper Company, appellant.  Gen. No. 34,969.

Opinion filed June 22, 1931.

West & Eckhart, for appellant; Lewis C. Jesseph and John Neal Campbell, of counsel.  Loesch, Scofield, Loesch & Burke, for appellee.

Mr. Justice Matchett delivered the opinion of the court.

W. C. Handley, appellant, v. Roy Olson et al., appellees.  Gen. No. 34,985.

Opinion filed June 22, 1931.

John B. King and Forest A. King, for appellant.  James E. Lyons and Elwyn E. Long, for appellees.

Mr. Justice Matchett delivered the opinion of the court.

Aline Mason, appellee, v. Washington Fidelity National Insurance Company, appellant.  Gen. No. 34,998.

Opinion filed June 22, 1931.

R. J. Wetterlund, for appellant; H. N. Lukins, of counsel.  J. Ernest Wilkins, for appellee.

Mr. Justice Matchett delivered the opinion of the court.

Aline Mason, appellee, v. Washington Fidelity National Insurance Company, appellant.  Gen. No. 34,999.